1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8          WESTERN DISTRICT OF WASHINGTON AT SEATTLE
9
HASSAN ALI AND DEKA YUSUF                 No. 2:19-cv-01015-RSM
10
                        Plaintiffs,
11
     vs.                                  ORDER GRANTING STIPULATED
                                          MOTION TO EXTEND DEADLINES FOR
12                                        INITIAL DISCLOSURES AND
PROGRESSIVE DIRECT INSURANCE             COMBINED JOINT STATUS REPORT
13   COMPANY, a foreign corporation,      AND DISCOVERY PLAN
14                      Defendant.
15
16

17   This Matter having come before the court on Plaintiff's Motion to Extend Deadlines for Initial

18   Disclosures and Combined Joint Status Report and Discovery Plan, and the court being fully

19   informed having reviewed:

20
21      1.  The Plaintiffs' Stipulated Motion

22   And all papers submitted thereof, the Court GRANTS the Motion to Extend Deadlines to reflect

23   the following:

24
25      1.  The Deadline for Initial Disclosures to be extended to 9/6/2019

KHAN LAW FIRM PLLC
8407 S. 259th Street Ste. 101
Kent, WA 98030
Tel: (206) 430-6096 Fax: (253) 277-8892

2.  The deadline for the Combined Joint Status Report and Discovery Plan to be extended to 9/13/19.

The Clerk of the Court Shall transmit a copy of this order to all counsel of record.

DATED this 5 day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**KHAN LAW FIRM PLLC**
8407 S. 259th Street Ste. 101
Kent, WA 98030
Tel: (206) 430-6096 Fax: (253) 277-8892